```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

```
_____
                               :
ERIC GRAY,                     :
                               :   Civil Action No. 17-4276 (NLH)
             Petitioner,       :
                               :
        v.                     :   OPINION
                               :
WILLIE BONDS,                  :
                               :
             Respondent.       :
_____:
```

APPEARANCES:
Eric Gray
361615c
Bayside State Prison
4293 Route 47
P.O. Box F-2
Leesburg, NJ 08327
     Petitioner Pro se

HILLMAN, District Judge

   Pro Se Petitioner Eric Gray files this writ of habeas corpus under 28 U.S.C. § 2254, which challenges his 2010 New Jersey state court conviction.  The Petition is deficient for the following reasons.

1. **Proper Form**

   Local Civil Rule 81.2 provides:

   > Unless prepared by counsel, petitions to this Court for a writ of *habeas corpus* . . . shall be in writing (legibly handwritten in ink or typewritten), signed by the petitioner or movant, on forms supplied by the Clerk.

L. Civ. R. 81.2(a). Petitioner did not use the habeas form supplied by the Clerk for section 2254 petitions, *i.e.*, AO 241 (modified): DNJ-Habeas-008(Rev.01-2014).

**2. Filing Fee**

Petitioner neither prepaid the $5.00 filing fee for a habeas petition as required by Local Civil Rule 54.3(a), nor did he submit a complete application to proceed in forma pauperis. Specifically, Petitioner failed to submit the account certification required by Local Civil Rule 81.2(b). See L. Civ. R. 81.2(b) (a prisoner seeking in forma pauperis status must "submit a certification signed by an authorized officer of the institution certifying (1) the amount presently on deposit in the prisoner's prison account and, (2) the greatest amount on deposit in the prisoner's prison account during the six-month period prior to the date of the certification.")

**Conclusion**

For the reasons stated above, the Court will administratively terminate this matter. If Petitioner wishes to reopen this case, within 30 days, he must submit a complete, signed habeas petition on the correct form which names the proper respondent and identifies his grounds for relief and the supporting facts. He must also submit either the $5 filing fee

2

or a complete in forma pauperis application.  An appropriate order follows.


Dated: June 19, 2017              s/ Noel L. Hillman
At Camden, New Jersey             NOEL L. HILLMAN, U.S.D.J.